UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Layla Bakehorn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10841-DRH |
| *Sarah Loop, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13183-DRH |
| *Rosa Rojas-Tavarez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11595-DRH |
| *Catherine Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10956-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

Digitally signed by Judge David R. Herndon
Date: 2016.05.18 04:40:43 -05'00'

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT